IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

HARRY JAMES ROBINSON, JR.,

       Petitioner,

v.

       Case No.  5D22-1609
       LT Case No. 2014-CF-1376

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed August 5, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Harry James Robinson, Jr., Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

     The petition for belated appeal is granted.  A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

March 23, 2022 order denying Petitioner's motion for postconviction DNA testing filed in Case No. 2014-CF-1376, Seventh Judicial Circuit Court, Putnam County, Florida. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.